FILED
September 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ROBIN DIMICELI,<br>    Defendant. | Case No. 2:12-cr-00328-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBIN DIMICELI, Case No. 2:12-cr-00328-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $50,000.00.

        _X_ Co-Signed Unsecured Appearance Bond

        ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 9/28/2012 at 3:23 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge