Marcus Daniel Merchasin, SBN 055927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1.415.678.2700
Facsimile Number: 1.415.520.0426
E-Mail Address: marcusmerchasin@att.net

Attorney for Defendant Edward Khalfin

Kresta Nora Daly
BARTH TOZER & DALY, LLP
431 I Street, Suite 201
Sacramento, CA 95814

Telephone Number: 1.916.440.8600
Facsimile Number: 1.916.440.9610
E-Mail Address: kdaly@btdlegal.com

Attorney for Defendant Robin Dimiceli

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> EDWARD KHALFIN, ROBIN DIMICELI, <br><br> *Defendants.* | CASE NUMBER: 2:12-CR-0328 WBS-3 & 4 <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |

Defendants Edward Khalfin and Robin Dimiceli, by and through their counsel of record and Plaintiff, by and through its counsel of record, hereby stipulate as follows:

////

////

////

////

////

1. By previous order, this matter was set for status conference on October 22, 2012;
2. The parties to this Stipulation now move to continue the Status Conference until December 17, 2012 and to exclude time between October 22, 2012 and December 17, 2012 under Local Code T4 and Local Code T2.
3. The parties agree and stipulate that the Court find the following:
   a. The government has represented that the discovery associated with this case includes multiple gigabytes of investigative reports and related documents in PDF format totaling more than 40,000 pages. Over 4,000 pages have just been sent and the parties and their counsel need to review them and cannot do so by Monday, October 22, 2012, the date currently set for a status conference. Further, the parties will need to meet and confer and resolve discovery issues. All of this discovery has been either produced directly to counsel and/or will be made available for inspection and copying;
   b. All counsel desire additional time to consult with their clients, review the current charges, conduct further investigation and research related to the charges, review and copy discovery for this matter, discuss potential resolutions and prepare pretrial motions.
   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2012 to December 17, 2012, inclusive, is deemed excludable pursuant to a continuance granted on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.
   d. The case involves multiple witnesses, multiple Defendants and concerns allegations of mortgage fraud concerning 19 properties. In addition it is related to 3 cases - 2:12-CR-0327, 2:12-CR-0329 and 2:12-CR-0330.
   e. The government does not object to the continuance.
   f. Based on the above findings the ends of justice served by continuing the status conference as requested outweigh the interest of the public and Defendants of a trial within the original date prescribed by the Speedy Trial Act. This is deemed excludable by 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

1    This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [Local Code T2];

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy trial Act dictate that additional time periods age excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 19, 2012          /s/ Lee S. Bickley
                                 Lee Bickley
                                 Assistant United States Attorney

Dated: October 19, 2012          /s/ Marcus Daniel Merchasin
                                 Marcus Daniel Merchasin
                                 Attorney for Defendant Edward Khalfin

Dated: October 19, 2012          /s/ Kresta N. Daly
                                 Kresta Nora Daly
                                 Attorney for Defendant Robin Dimiceli

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd Day of October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE