BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>VOLODYMYR DUBINKSKY, *et al.*,<br><br>        Defendants. | CASE NO. 2:12-CR-00328 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants Edward Khalfin and Robin Dimiceli, by and through their counsel of record, [1] hereby stipulate as follows:

1. By previous order, this matter was set for status on May 6, 2013.

2. By this stipulation, defendants now move to continue the status conference until August 5, 2013 and to exclude time between May 6, 2013 and August 5, 2013, under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

---
[1] Defendants Volodymyr Dubinsky and Leonid Dubinsky are believed to be fugitives and have not made their appearances in this case.

Stipulation for Continuance of Status Hearing and for Exclusion of Time      1

a. The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants desire additional time to consult with each of their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare pretrial motions and otherwise prepare for trial.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2013 to August 5, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 1, 2013  BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

DATED: May 1, 2013  */s/ Todd A. Pickles for*
MARCUS MERCHASIN, ESQ.

For defendant EDWARD KHALFIN

DATED: May 1, 2013  BARTH, TOZER & DALY LLP

*/s/ Todd A. Pickles for*
KRESTA NORA DALY, ESQ.

For defendant ROBIN DIMICELLI

# O R D E R

IT IS SO FOUND AND ORDERED this 2nd day of _May, 2013.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE